# EXHIBIT 1

SC 13D/A 1 p24-1602sc13da.htm ASA GOLD & PRECIOUS METALS LTD

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

SCHEDULE 13D/A

Under the Securities Exchange Act of 1934
(Amendment No. 8)*

ASA Gold & Precious Metals Ltd
(Name of Issuer)

Common Shares, $1 par value
(Title of Class of Securities)

G3156P103
(CUSIP Number)

Saba Capital Management, L.P.
405 Lexington Avenue
58th Floor
New York, NY 10174
Attention: Michael D'Angelo
(212) 542-4635
(Name, Address and Telephone Number of Person
Authorized to Receive Notices and Communications)

April 26, 2024
(Date of Event Which Requires Filing of This Statement)

If the filing person has previously filed a statement on Schedule 13G to report the acquisition that is the subject of this Schedule 13D, and is filing this schedule because of Rule 13d-1(e), Rule 13d-1(f) or Rule 13d-1(g), check the following box. [X]

(Page 1 of 6 Pages)

_____
* The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter disclosures provided in a prior cover page.

The information required on the remainder of this cover page shall not be deemed to be "filed" for the purpose of Section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

| 1 | NAME OF REPORTING PERSON<br>    Saba Capital Management, L.P. | |
|---|---|---|
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP | (a) ☐<br>(b) ☐ |
| 3 | SEC USE ONLY | |
| 4 | SOURCE OF FUNDS<br>    OO (see Item 3) | |
| 5 | CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDING IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e) | ☐ |
| 6 | CITIZENSHIP OR PLACE OF ORGANIZATION<br>    Delaware | |

| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH: | 7 | SOLE VOTING POWER<br>    -0- |
|---|---|---|
| | 8 | SHARED VOTING POWER<br>    3,253,837 |
| | 9 | SOLE DISPOSITIVE POWER<br>    -0- |
| | 10 | SHARED DISPOSITIVE POWER<br>    3,253,837 |

| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH PERSON<br>    3,253,837 | |
|---|---|---|
| 12 | CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES | ☐ |
| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br>    16.87% | |
| 14 | TYPE OF REPORTING PERSON<br>    PN; IA | |

The percentages used herein are calculated based upon 19,289,905 shares of common stock outstanding as of 2/13/2024, as disclosed in the company's DEFC14A filed 2/16/2024.

| CUSIP No. G3156P103 | SCHEDULE 13D/A | Page 3 of 6 Pages |
|---|---|---|

| 1 | NAME OF REPORTING PERSON<br>Boaz R. Weinstein | |
|---|---|---|
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP | (a) ☐<br>(b) ☐ |
| 3 | SEC USE ONLY | |
| 4 | SOURCE OF FUNDS<br>OO (see Item 3) | |
| 5 | CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDING IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e) | ☐ |
| 6 | CITIZENSHIP OR PLACE OF ORGANIZATION<br>United States | |

| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH: | 7 | SOLE VOTING POWER<br>-0- |
|---|---|---|
| | 8 | SHARED VOTING POWER<br>3,253,837 |
| | 9 | SOLE DISPOSITIVE POWER<br>-0- |
| | 10 | SHARED DISPOSITIVE POWER<br>3,253,837 |

| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH PERSON<br>3,253,837 | |
|---|---|---|
| 12 | CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES | ☐ |
| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br>16.87% | |
| 14 | TYPE OF REPORTING PERSON<br>IN | |

The percentages used herein are calculated based upon 19,289,905 shares of common stock outstanding as of 2/13/2024, as disclosed in the company's DEFC14A filed 2/16/2024.

| 1 | NAME OF REPORTING PERSON<br>Saba Capital Management GP, LLC | |
|---|---|---|
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP | (a) ☐<br>(b) ☐ |
| 3 | SEC USE ONLY | |
| 4 | SOURCE OF FUNDS<br>OO (see Item 3) | |
| 5 | CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDING IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e) | ☐ |
| 6 | CITIZENSHIP OR PLACE OF ORGANIZATION<br>Delaware | |

| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH: | 7 | SOLE VOTING POWER<br>-0- |
|---|---|---|
| | 8 | SHARED VOTING POWER<br>3,253,837 |
| | 9 | SOLE DISPOSITIVE POWER<br>-0- |
| | 10 | SHARED DISPOSITIVE POWER<br>3,253,837 |

| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH PERSON<br>3,253,837 | |
|---|---|---|
| 12 | CHECK IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES | ☐ |
| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br>16.87% | |
| 14 | TYPE OF REPORTING PERSON<br>OO | |

The percentages used herein are calculated based upon 19,289,905 shares of common stock outstanding as of 2/13/2024, as disclosed in the company's DEFC14A filed 2/16/2024.

Case 1:24-cv-00690-JGLC   Document 18-1   Filed 05/24/24   Page 6 of 7

| CUSIP No. G3156P103 | SCHEDULE 13D/A | Page 5 of 6 Pages |

Item 1.  **SECURITY AND ISSUER**

This Amendment No. 8 amends and supplements the statement on Schedule 13D filed with the SEC on 10/13/23, as amended by Amendment No. 1 filed 11/16/23, Amendment No. 2 filed 11/24/23, Amendment No. 3 filed 12/5/23, Amendment No. 4 filed 12/21/23 and Amendment No. 5 filed 1/26/24, Amendment No. 6 filed 2/1/24 and Amendment No. 7 filed 4/30/24; with respect to the common shares of ASA Gold & Precious Metals Ltd. This Amendment No. 8 amends Item 4 as set forth below.

Item 4.  **PURPOSE OF TRANSACTION**

Item 4 is hereby amended and supplemented by the addition of the following:

The following disclosure is being provided to amend and restate the disclosure previously included in Item 4 of amendment number 7 of this schedule 13D.

At the Issuer's Annual General Meeting of Shareholders held on April 26, 2024, Paul Kazarian (a Partner at Saba Capital) and Ketu Desai were elected to the Board.

# SIGNATURES

After reasonable inquiry and to the best of his or its knowledge and belief, each of the undersigned certifies that the information set forth in this statement is true, complete and correct.

Date: May 1, 2024

                              SABA CAPITAL MANAGEMENT, L.P.

                              By:   /s/ Michael D'Angelo
                              Name: Michael D'Angelo
                              Title:  Chief Compliance Officer

                              SABA CAPITAL MANAGEMENT GP, LLC

                              By:   /s/ Michael D'Angelo
                              Name: Michael D'Angelo
                              Title:  Authorized Signatory


                              BOAZ R. WEINSTEIN

                              By:   /s/ Michael D'Angelo
                              Name: Michael D'Angelo
                              Title:  Attorney-in-fact*

* Pursuant to a power of attorney dated as of November 16, 2015, which is incorporated herein by reference to Exhibit 2 to the Schedule 13G filed by the Reporting Persons on December 28, 2015, accession number: 0001062993-15-006823